# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2011

Robert P. Young, Jr.,
Chief Justice

142306

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 142306
      COA: 292804
      St. Joseph CC: 08-015269-FC

BRIAN KEITH COLEMAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2011

_____
Clerk

p0518